1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JOSEY R. MECHE,                          ) NO. CV 14-1229 PSG (AS)
                                         )
                    Plaintiff,           )
                                         )
              v.                         )      **JUDGMENT**
                                         )
UNKNOWN LAW ENFORCEMENT OFFICERS )
SAN LUIS OBISPO COUNTY,                  )
                                         )
                    Defendants.          )
_____)

        Pursuant to the Court's Order of Dismissal,

        IT IS ADJUDGED that the above-captioned action is dismissed

without prejudice.


        DATED: August 7, 2014.


                                        _____
                                             PHILIP S. GUTIERREZ
                                        UNITED STATES DISTRICT JUDGE